IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TYSON ELVIN CUNDIFF
ADC # 550660                                                                                            PLAINTIFF

v.                          Case No. 4:10-cv-1542-DPM-JTK

MICHAEL PATTON &
AARON DUVALL                                                                                         DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's partial report and recommendations, *Document No. 11*, and conducted a careful review of the record. Cundiff filed no objections. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Judge Kearney's Proposed Findings and Recommendations as its own. FED R. CIV. P. 72(b). Cundiff's claims against Sheriff Duvall are dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

20 Jan. 2011