IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TYSON ELVIN CUNDIFF,
ADC #550660                                                                    PLAINTIFF

v.                        Case No. 4:10-cv-1542-DPM-JTK

MICHAEL PATTON, Correctional
Officer, Pope County Jail                                                      DEFENDANT

## JUDGMENT

Cundiff's case is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 Sept. 2011